# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-2431

———————————————

JAMES LEVOY WATERS,

    Appellant,

    v.

GARY "BUBBA" PETERS,
Escambia County Property
Appraiser, Pensacola, Florida;
PAM CHILDERS, Clerk of the
Courts, Pensacola, Florida;
ELIZABETH MERIWETHER,
Personal Representative of the
Estate of Monte Meriwether,
Pensacola, Florida; LOCKLIN,
SABA, LOCKLIN & JONES, P.A.,
Pace, Florida,

    Appellees.*

———————————————

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

July 23, 2025

---

    * As the successor to Chris Jones as the Escambia County Property Appraiser, Gary "Bubba" Peters is automatically substituted for Jones to the extent that Jones was sued in his official capacity. *See* Fla. R. App. P. 9.360(c)(2).

PER CURIAM.

James Levoy Waters appeals two orders granting motions to dismiss filed by Chris Jones, the Escambia County Property Appraiser, and Pam Childers, the Escambia County Clerk of Court. We affirm the trial court's order granting Childers' motion without further comment but dismiss the appeal as to the order granting Jones' motion because it is not final. *See Gorham v. Lavine*, 376 So. 3d 781, 783 (Fla. 1st DCA 2023) ("Because this order merely grants a motion and does not contain final language actually dismissing the claims, it is not appealable." (first citing *Johnson v. First City Bank of Gainesville*, 491 So. 2d 1217, 1218 (Fla. 1st DCA 1986); then citing Fla. R. App. P. 9.110(*l*))).

AFFIRMED, in part, DISMISSED, in part.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Levoy Waters, pro se, Appellant.

Jennifer Shoaf Richardson and Rebecca H. Radd of Emmanuel Sheppard & Condon, Pensacola, for Appellee Gary "Bubba" Peters, Escambia County Property Appraiser; Darryl Steve Traylor, Jr. and T.A. Borowski, Jr. of Borowski & Traylor, P.A., Pensacola, for Appellee Elizabeth Meriwether; Codey L. Leigh, Office of Clerk of the Circuit Court and Comptroller, Pensacola, for the Appellee Escambia County Clerk of the Circuit Court and Comptroller.